**Milton SPIRT, Plaintiff,**

v.

**J. F. D. MANUFACTURING CO., Inc., Defendant.**

**Civ. No. 10798.**

United States District Court
E. D. New York.

June 3, 1955.

Alexander Mencher, New York City, for plaintiff.

Morris Kirschstein, New York City, for defendant.

RAYFIEL, District Judge.

The plaintiff, the owner of design patent No. D. 156,379, sues herein for damages for the infringement thereof. The patent was issued to him on December 6, 1949, and covers a design for an indoor television antenna, of the type popularly known as "Rabbit Ears". It consists of a holder or base, containing two slots, from each of which extends an adjustable telescopic metal rod or antenna.

The plaintiff issued an exclusive license to Spirling Products Co., Inc., which has been added as a party plaintiff.

The plaintiff's design patent, Exhibit No. 2 at the trial, follows:

Dec. 6, 1949                    M. SPIRT                    Des. 156,379

ANTENNA

Filed April 19, 1949

Fig.1      Fig.2

Fig.3.

INVENTOR
MILTON SPIRT
BY
Philip S. ...
ATTORNEY

A representation of the first allegedly infringing antenna made by the defendant, received in evidence as Plaintiff's Exhibit No. 10, follows:

*Unmatched ... In Beauty!*
*Outstanding ... In Performance!*

JFD

"*Panorama*"

INDOOR
*Television Antenna*

**features**

- Satin-finish Mahogany plastic base harmonizes perfectly with any room in the home.
- 3-section, triple-chrome plated brass telescopic dipoles can be adjusted from 15 to 41 inches for easy orientation.
- Weighted "Tip-Proof" Base prevents tipping of antenna at any dipole setting.
- Unique design of base insures secure tension of dipoles at any position.
- Built-in felt cushion protects finest furniture
- Complete with 300 ohm twin lead.

*No. TA135*   List $6.95

Adjusts Easily

At Any Angle

Without Tipping

JFD   JFD MANUFACTURING CO., Inc.
6101 16th Ave. • Brooklyn 4, New York
FIRST in Television Antennas and Accessories

Form No. 16   2-50   Litho in U.S.A.

The defendant subsequently modified the base of its antenna, as appears from the following representation thereof, received in evidence as Plaintiff's Exhibit No. 11.

OVER **3,000,000**

BUILT AND SOLD DURING THE **1951-53** SEASON

More than double this quantity of indoor antennas will be sold during the 1953-54 season.

INDOOR
# PANORAMA
TV ANTENNA

☆ All VHF channel reception.
☆ Absolutely tip-proof.
☆ Fully adjustable telescoping dipoles.
☆ Serrated molded housing grips dipoles securely in any position.
☆ Complete with 300 ohm twin lead.

| No. | Model | Dipole Design | List |
|-----|-------|---------------|------|
| TA135 | Deluxe | Chromed Brass | $6.95 |
| TA136 | Standard | Nickeled Steel | 5.95 |
| TA138 | Economy | Aluminum | 5.50 |

Form No. 244   Litho in USA   10M   11-53

EXPORT DIVISION: 15 Moore St., New York 4, U.S.A.
Cable Address "MUNTHORNE", New York

JFD MANUFACTURING CO., INC.
6101—16th AVE., BROOKLYN 4, N.Y.

Distributed by

United States District Court
Eastern District of New York
Exhibit 11 in evidence
Date 1/17/57
Deputy Clerk

DEPOSITION Ex D

Except for minor variations in the ornamentation of the bases the defendant's antennas are virtually copies of the plaintiff's, and doubtless are infringements thereof. There is left, then, the question as to whether plaintiff's patent is valid.

In the case of Neufeld-Furst & Co., Inc., v. Jay-Day Frocks, Inc., 2 Cir., 112 F.2d 715, at page 716, the law relating to the validity of design patents was summarized as follows: "In this circuit it is firmly established that more is required for a valid design patent than that the design be new and pleasing enough to catch the trade; *it must be the product of "invention," by which is meant that conception of the design must demand some exceptional talent beyond the skill of the ordinary designer*. Nat Lewis Purses, Inc., v. Carole Bags, Inc., 2 Cir., 83 F.2d 475. Such a standard is necessarily vague and difficult of application. Nevertheless, 'we are obliged to determine, as best we may, whether the design in question is original and aesthetic and involved a step beyond the prior art requiring what is termed "inventive genius"'. See A. C. Gilbert Co. v. Shemitz, 2 Cir., 45 F.2d 98, 99." (Emphasis added.)

At the trial the defendant submitted in evidence design patent known as the Leonard patent, applied for on October 8, 1948, and issued on March 8, 1949, upon which was based the "Radion" antenna, received in evidence as Exhibit No. 9. In addition, the defendant submitted (part of Exhibit A) a photograph of the January 26, 1949, issue of "Radio and Television Weekly", which contained an advertisement of the "Snyder" television antenna. The "Leonard" patent antedates that of the plaintiff as does the "Snyder" advertisement. All three are similar in appearance. Representations of the "Leonard" patent and the "Radion" and "Snyder" antennas follow:

**March 8, 1949.**          R. N. LEONARD          **Des. 152,990**

ADJUSTABLE ANTENNA

Filed Oct. 8, 1948

FIG. 1.

FIG. 3.

FIG. 2.

Inventor
Ralph N. Leonard
by Arthur M. Thelson
Atty.

# THIS SELLS T-V!

### INSTALLATION COSTS *ZERO*.....WITH

# Radion*

## INDOOR T-V ANTENNA

**100,000** IN USE—THE NATIONALLY RECOGNIZED STANDARD . . . BOUGHT AND ENDORSED BY LEADING SET MANUFACTURERS

Installation cost is the catch in T-V volume sales — but Radion puts installation cost at *zero* . . . makes T-V a package sale . . and that puts you into T-V volume!

Radion is the original, *proven* indoor T-V Antenna . . . 100,000 in use today! Radion is used with any set, anywhere a broadcast signal can be received. Locate it anywhere . . . on the set, back of furniture, on wall or ceiling. Attractive — fits in with room arrangement and decoration.

**$6.95** LIST

For any T V Set Telescopes to 32 in dipole Extends to 92 in Stands 19 in high Weighs 2¼ lbs Packed 6 to a carton, shpg wgt 15½ lbs Order now and sell T V' in volume!

### PERFECT FOR CLOSING HOME DEMONSTRATIONS

Install anywhere—on the set,

back of furniture, on wall or ceiling Comes complete, ready to use Just attach 2 terminals.

*PATENTS PENDING.

## FULLY ASSEMBLED...READY TO USE

Radion comes complete with 12 feet of 300-ohm connecting lead. And—it's so simple to install, so simple to operate! Any customer can connect it to his set— can adjust it for *both* channel and direction.

## GET INTO T-V VOLUME NOW WITH RADION—THE NATIONAL CONSUMER ADVERTISED INDOOR T-V ANTENNA

Jump over the stumbling-block of "INSTALLATION COST"! Close T-V sales in volume with Radion, the antenna your customers know. Order today!

### Act! GET INTO T-V THE VOLUME WAY WITH Radion! . . . . . MAIL COUPON NOW!

Copyright 1949 Radion Mfg. Co

If Your Set Distributor or Parts Jobber Does Not Have *Radion* —Send inquiries direct to:

**RADION MFG. CO.**
1137 Milwaukee Ave., Chicago 22, Ill.

Name ........ ...., ....

Address ...., .. ... . ...

City State .... .. .. ...,...

# RADIO AND TELEVISION WEEKLY

NEWS RIGHT WHEN IT HAPPENS

| Vol. 67—No. 4 | NEW YORK, WEDNESDAY, JANUARY 26, 1949 | Per Year—$5.00 |

Snyder
PHILADELPHIA

INDOOR
TELE-PORT®
OUTDOOR

PORTABLE TV AERIAL

ALL CHANNELS          TELESCOPIC DIPOLES
ALL-WAY ORIENTATION

LIST

COMPLETE with CABLE

READY TO USE

SNYDER

MANUFACTURERS          START TO FINISH
PHILADELPHIA 40–U. S. A.
EXPORT DIVISION ROBURN AGENCIES INC NEW YORK 7, N. Y.
Metropolitan New York Distrib  H  L Bells Inc.

As was stated in the case of Howell Co. v. Royal Metal Mfg. Co., 7 Cir., 93 F.2d 112, at page 113, "To entitle a party to the benefit of the statute, 35 U.S.C.A. § 31, the device must not only be new, but inventively new. The re-adaptation of old devices or forms, however convenient, useful, or beautiful they may be in their new roles, is not invention. Smith v. Whitman Saddle Co., 148 U.S. 674, 13 S.Ct. 768, 37 L.Ed. 606."

I have not overlooked the fact that the Leonard Patent was considered by the Patent Office in the issuance of

the plaintiff's patent, as shown by the file wrapper in evidence. In my opinion the plaintiff's patent does not meet the test of "invention" necessary to establish validity. It is merely a variation of prior art, the preparation of which did not require uncommon or exceptional inventive skill or talent.

Accordingly, judgment is rendered in favor of the defendant dismissing the complaint.

Submit proposed findings of fact, conclusions of law and decree in conformity herewith.